17 So.2d 185

**Floyd HARTLEY v. STATE.**

2 Div. 727.

Court of Appeals of Alabama.
Dec. 14, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

19 So.2d 853

**Ellis W. HAUCK v. STATE.**

8 Div. 418.

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 880

**Roy HIGHFIELD v. STATE.**

7 Div. 692.

Court of Appeals of Alabama.
Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

13 So.2d 898

**John J. HINES v. STATE.**

5 Div. 171.

Court of Appeals of Alabama.
April 20, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

20 So.2d 893

**Lloyd D. HINES v. STATE.**

4 Div. 838.

Court of Appeals of Alabama.
Jan. 9, 1945.

E. C. Orme, of Troy, for appellant, Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

18 So.2d 881

**Linton HINTON v. STATE.**

6 Div. 61.

Court of Appeals of Alabama.
June 13, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.